■ INTERNATIONAL FIDELITY INSURANCE COMPANY, Appellant, v RICHARD H. LAUMAN et al., Respondents, et al., Defendants. — Order of the Supreme Court, Nassau County (Wager, J.), dated January 9, 1981, affirmed insofar as

appealed from, without costs or disbursements. No opinion. Titone, J. P., Lazer, Brown and Niehoff, JJ., concur.